[No. 28898-6-III. Division Three. June 23, 2011.]

JOHN L. HALE ET AL., *Respondents*, v. WELLPINIT SCHOOL DISTRICT No. 49, *Petitioner*.

Appeal from a judgment of the Superior Court for Stevens County, No. 06-2-00194-8, Rebecca M. Baker, J., entered February 22, 2010. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 29001-8-III. Division Three. June 23, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD STEVEN LAW, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 10-1-00192-5, Bruce A. Spanner, J., entered April 29, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.

[No. 29124-3-III. Division Three. June 23, 2011.]

STEVEN F. SCHROEDER, *Appellant*, v. EXCELSIOR MANAGEMENT GROUP, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 08-2-00657-1, Allen Nielson, J., entered May 27, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Brown, J.

[No. 62459-8-I. Division One. June 27, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00045-7, George T. Mattson, J., entered October 10, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Ellington, JJ.